Daniel C. Cotman (CBN 218315)
dan@cotmanip.com
Obi I. Iloputaife (CBN 192271)
obi@cotmanip.com
Jayson S. Sohi (CBN 293176)
jayson@cotmanip.com
COTMAN IP LAW GROUP, PLC
35 Hugus Alley, Suite 210
Pasadena, CA 91103
(626) 405-1413/FAX: (626) 316-7577

*Attorneys for Defendant Green Leaf Lab, LLC*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| QC LABS, a California Corporation, | Case No. 8:18-cv-01451-JVS-JDE |
| | Hon. James V. Selna |
| Plaintiff, | |
| | **JOINT STIPULATION RE:** |
| v. | **TENTATIVE SETTLEMENT AND** |
| | **STAYING ALL FUTURE DATES** |
| GREEN LEAF LAB, LLC, an Oregon Limited Liability Company, | |
| | **[[PROPOSED ORDER** |
| | **SUBMITTED HEREWITH]]** |
| Defendant. | |
| | Action Filed: August 16, 2018 |
| | Trial Date: December 10, 2019 |

Plaintiff QC LABS ("Plaintiff") and Defendant Green Leaf Lab, LLC ("Defendant") (jointly "the Parties"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS Plaintiff filed its Complaint on August 18, 2018;

WHEREAS the deadline for dispositive motions is currently set for September 23, 2019;

WHEREAS the trial date is currently set for December 10, 2019;

WHEREAS the Parties have reached an agreement in principle to settle all matters in controversy between them and are in the process of finalizing and executing a formal settlement agreement; The parties wish to conclude this matter without burdening the Court with any additional appearances and filings, and without incurring unnecessary expenses;

WHEREAS the Parties request they be given 30 days to complete the settlement documents and file a joint stipulation of dismissal;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and through the undersigned counsel, that the Parties ask that the Court stay all pending dates in this case for 30 days unless prior to **October 15, 2019**, a Party files a Motion, upon good cause, to resume the litigation and reset all the dates for a failure to complete the settlement.

Dated: September 13, 2019

Respectfully submitted,

/s/ *Obi I. Iloputaife*_____
Obi I. Iloputaife
**COTMAN IP LAW GROUP, PLC**
*Counsel for Defendant*
*Green Leaf Lab, LLC*

Dated: September 13, 2019

/s/ __Seth M. Jessee_____
Seth M. Jessee
**RUTAN & TUCKER, LLP**
*Counsel for Plaintiff QC LABS*

## ATTESTATION

I, Obi I. Iloputaife, am the CM/ECF user whose ID and password are being used to file this **JOINT STIPULATION RE: TENTATIVE SETTLEMENT AND STAYING ALL FUTURE DATEA**. In compliance with L.R. 5-4.3.4(a)(2)(i), I hereby attest that Seth M. Jessee has concurred in this filing.

*/s/ Obi I. Iloputaife*
Obi I. Iloputaife