1

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

- - -

THE HONORABLE JAMES V. SELNA, JUDGE PRESIDING

```
QC LABS, a California       ) CERTIFIED TRANSCRIPT
corporation dba CANNALYSIS, )
              Plaintiff,    )
   vs.                      )
                            )    SACV-18-01451-JVS
GREEN LEAF LAB, LLC, et al.,)
              Defendant.    )
----------------------------)
```

REPORTER'S TRANSCRIPT OF PROCEEDINGS

Santa Ana, California

December 16, 2019

SHARON A. SEFFENS, RPR
United States Courthouse
411 West 4th Street, Suite 1-1053
Santa Ana, CA  92701
(714) 543-0870

```
 1   APPEARANCES OF COUNSEL:

 2   For the Plaintiff:

 3   SETH M. JESSEE
     RUTAN & TUCKER, LLP
 4   611 Anton Boulevard, Suite 1900
     Costa Mesa, CA  92626-1931
 5   (714) 641-5100

 6   For the Defendant:

 7   PAIGE PEMBROOK
     AD ASTRA LAW GROUP, LLP
 8   The Hobart Building
     582 Market Street, 17th Floor
 9   San Francisco, CA  94104
     (415) 795-3579
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

|       |    |                                                                       |
|-------|----|-----------------------------------------------------------------------|
|       | 1  | SANTA ANA, CALIFORNIA; MONDAY, DECEMBER 16, 2019; 10:07 A.M.          |
| 10:07 | 2  | THE CLERK:  Item No. 2, SACV-18-1451-JVS, QC Labs                     |
| 10:07 | 3  | versus Green Leaf Labs, LLC, Inc.                                     |
| 10:07 | 4  | Counsel, please state your appearances.                               |
| 10:07 | 5  | MR. JESSEE:  Good morning, Your Honor.  Seth                          |
| 10:07 | 6  | Jessee on behalf of plaintiff.                                        |
| 10:07 | 7  | MS. PEMBROOK:  Good morning, Your Honor.  Paige                       |
| 10:07 | 8  | Pembrook on behalf of defendant Green Leaf Labs.                      |
| 10:07 | 9  | THE COURT:  Good morning.                                             |
| 10:07 | 10 | As I understand now, your settlement is back on                       |
| 10:07 | 11 | track.                                                                |
| 10:07 | 12 | MR. JESSEE:  Unfortunately, we still disagree                         |
| 10:07 | 13 | about a settlement, whether one has actually reached.                 |
| 10:07 | 14 | Plaintiff does wish to dismiss this case.  We presented that          |
| 10:07 | 15 | to the defendant for a stipulation for dismissal.  The                |
| 10:07 | 16 | defendant informed me earlier this morning they did not wish          |
| 10:08 | 17 | to dismiss the case.                                                  |
| 10:08 | 18 | THE COURT:  So where do we go from here?                              |
| 10:08 | 19 | MR. JESSEE:  We are looking to dismiss and walk                       |
| 10:08 | 20 | away.  It's really up to the defendant on what happens.               |
| 10:08 | 21 | MS. PEMBROOK:  Your Honor, to somewhat summarize                      |
| 10:08 | 22 | the saga, initially the plaintiff informed us they were               |
| 10:08 | 23 | going to move to enforce the settlement agreement.  As                |
| 10:08 | 24 | stated in the stipulation, my client signed the settlement            |
| 10:08 | 25 | agreement and submitted it for signature.  It was supposed            |

| | | |
|---|---|---|
| 10:08 | 1 | to be signed.  They have now informed us recently that they |
| 10:08 | 2 | no longer wish to settle.  Now I am asking that my client |
| 10:08 | 3 | have the same opportunity to move to enforce the settlement |
| 10:08 | 4 | agreement, that the matter not be dismissed at this moment |
| 10:08 | 5 | but that another Order to Show Cause be set in January |
| 10:08 | 6 | leaving my client enough time to file a motion and also |
| 10:08 | 7 | perhaps work out what has been going in the last few days. |
| 10:08 | 8 |        THE COURT:  I'm going to withdraw the dismissal. |
| 10:08 | 9 | The matter will go on the civil active list.  You're free to |
| 10:09 | 10 | bring any motions you want for a dismissal or the |
| 10:09 | 11 | enforcement of the settlement.  I'm not going to set an OSC. |
| 10:09 | 12 |        MS. PEMBROOK:  Thank you. |
| 10:09 | 13 |        MR. JESSEE:  Thank you. |
| 10:09 | 14 |        THE COURT:  Okay.  Thank you. |
| 10:09 | 15 |        (Whereupon, the proceedings were concluded.) |
| | 16 |         \*   \*   \* |
| | 17 | |
| | 18 | |
| | 19 | |
| | 20 | |
| | 21 | |
| | 22 | |
| | 23 | |
| | 24 | |
| | 25 | |

CERTIFICATE

I hereby certify that pursuant to Section 753, Title 28, United States Code, the foregoing is a true and correct transcript of the stenographically reported proceedings held in the above-entitled matter and that the transcript page format is in conformance with the regulations of the Judicial Conference of the United States.

Date:  March 16, 2020


/s/   Sharon A. Seffens   3/16/20
_____
SHARON A. SEFFENS, U.S. COURT REPORTER