Timothy L. Alger (SBN 160303)
tlalger@algerlawapc.com
ALGER LAW APC
100 Spectrum Center Drive, Suite 900
Irvine, CA 92618
Telephone: 949-936-2610
Facsimile: 213-559-2427

Attorneys for Defendant
GREEN LEAF LAB LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| QC LABS, a California corporation dba CANNALYSIS,<br><br>                Plaintiff,<br><br>    v.<br><br>GREEN LEAF LAB LLC, an Oregon limited liability company,<br><br>                Defendant. | Case No. 8:18-cv-001451-JVS-JDE<br><br>**GREEN LEAF LAB LLC'S RESPONSE TO QC LABS' REQUEST FOR DISMISSAL**<br><br>Courtroom 10C<br>Hon. James V. Selna<br><br>Action Filed: August 16, 2018<br>Trial Date: None Set |

Defendant Green Leaf Lab LLC ("Green Leaf") responds to the Request for Dismissal with Prejudice filed on June 17, 2020 by Plaintiff QC Labs ("QC").

QC misrepresents to the Court Green Leaf's position regarding dismissal. QC claims that Green Leaf has taken the position that "dismissal should be filed while [Green Leaf's Motion to Enforce Settlement Agreement ("Motion")] is pending. This is incorrect and appears to be another attempt by QC to mislead the Court.

In its Request for Hearing on the Motion, Green Leaf pointed out that QC is in breach of the Settlement Agreement because it refused to perform its obligations under the Agreement notwithstanding: (1) QC's position on September 24, 2019 that the Settlement Agreement was binding on the parties and enforceable at that time; (2) QC's receipt on November 1, 2019 of the Trademark Assignment that QC had demanded from Green Leaf pursuant to the Settlement Agreement, and QC's use of the trademark in Oregon pursuant to that Assignment; and (3) QC's latest position that the Settlement Agreement became effective on May 11, 2020.

Those refusals to perform under the Settlement Agreement included QC's non-payment for more than six months of the initial settlement amount of $150,000 or the subsequent monthly payments, and its failure after commencing payments to dismiss the case as promised. QC denied from November 2019 until May 2020 that there was any agreement at all, even though it had obtained the benefits of the Agreement by asserting that the parties were bound back in September even without a signed Agreement.

Nowhere in Green Leaf's Request for Hearing does Green Leaf take the position that this action should be dismissed while the Motion is pending. This case was reopened by the Court to consider a motion to enforce, and it should not be closed at this time.

//

//

Green Leaf believes the Court should grant the Motion, and only after the Motion is decided by the Court and an appropriate order is entered should the action be dismissed with prejudice.

DATED: June 17, 2020

ALGER LAW APC

By: */s/ Timothy L. Alger*
Timothy L. Alger

Attorneys for Defendant
GREEN LEAF LAB LLC