**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| QC LABS, a California corporation dba CANNALYSIS,<br><br>    Plaintiff,<br><br>  v.<br><br>GREEN LEAF LAB LLC, an Oregon limited liability company,<br><br>    Defendant. | **Case No. 8:18-cv-001451-JVS-JDE**<br><br>**ORDER TO DISMISS ACTION WITH PREJUDICE**<br><br>Courtroom: 10C<br>The Honorable James V. Selna<br><br>Ronald Reagan Federal Building and United States Courthouse<br>411 West Fourth Street<br>Santa Ana, CA 92701 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# ORDER

Based upon Plaintiff's Request For Dismissal, it is hereby **ORDERED** that this action is dismissed with prejudice in its entirety. Each party shall bear its own attorneys' fees and costs. The Court shall retain jurisdiction to enforce the terms and conditions of the settlement agreement.

**IT IS SO ORDERED.**

Dated: June 18, 2020

_____
Honorable James V. Selna
United Stated District Judge